United States District Court
Eastern District of Virginia

3:11CV332 (REP)

Alonza A Ellis 7001 W

vs

Chesterfield County Police Department 9901 Lori Rd, Richmond, VA
Serve: Colonel Dupuis

<u>Complaint</u>

Filing Decrimination Act for Harrassment, stalking, wrongful incarceration, Mistaken identity, physical assualt, Mental assualt, verbal assualt, unethical work habits, Obstruction of Justice, Abusing Authority.

Seeking 100,000 for Mental, physical, and verbal abuse. Also filing for wrongful incarceration, Harrasment, and unethical work habits within the law.

Alonza A Ellis
7007 Windy Creek
Richmond VA 23832
(804) 276-1026

RECEIVED MAY 18 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA