Lord Alonza A Ellis                                      6-23-11

I filed Discrimination for personal reasons. In Eastern District of Virginia U.S. District Court #: 3:11-CV-00332-Rep If case number stands for said resubmit

Plaintiff
  Lord Alonza A Ellis

Defendant
  Chesterfield County Police Department

You all put "Job discrimination" as cause of filing, which is not true. I am filing discrimination against Chesterfield County Police, for discriminating against me personally as a Department please correct and resubmit all info from Case Number #: 3:11-CV-00332-Rep

Demanding 100,000 for therapy
  I was wrongfully incarcerated, Harassed by police, wrongfully detained, slandered, stalked by police, illegal search and seizures, and physical, mental, spiritual neglect and assault.

Please, Submit all info to Lord Alonza A Ellis 1st #25980
Riverside Regional Jail
1000 River Road
P.O. Box 1041
Hopewell, VA 23860

RECEIVED
JUN 30 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA



Riverside Regional Jail
1000 River Road
P.O. Box 1041
Hopewell VA 23860

RICHMOND VA 230
28 JUN 2011 PM 5 T

USA FIRST-CLASS FOREVER
U.S. MARSHAL INSPECTED



RECEIVED
JUN 30 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA